IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAIMLERCHRYSLER SERVICES NORTH
AMERICA, LLC.,

    Plaintiff,

    v.

DONALD M. WANLAND JR.,
et al.,

    Defendants.

CIV-S-05-1656 DFL DAD

MEMORANDUM OF OPINION
AND ORDER

In an August 25, 2005 verbal communication to the court's calendar clerk, counsel for plaintiff notified the court that it believes that this case has been wrongly removed to federal court because defendant is a resident of California. If plaintiff seeks a remand on such a basis it should file a noticed motion for remand within the time period provided for in 28 U.S.C. § 1447.

IT IS SO ORDERED.

////

////

1

1 | Dated: 8/25/2005

>                    _____
>                    DAVID F. LEVI
>                    United States District Judge