IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC, a Michigan limited liability company, dba Mercedes-Benz Credit, fka Mercedes-Benz Credit Corporation, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD M. WANLAND JR., GEORGIA WANLAND, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CIV-S-05-1656 DFL DAD<br><br>MEMORANDUM OF OPINION<br>AND ORDER |

    Defendants removed this action on August 15, 2005.  On September 15, 2005, plaintiff DaimlerChrysler Services North America LLC, doing business as Mercedes-Benz Credit ("Mercedes") moved to remand.  Defendants do not oppose the remand motion.  Therefore, Mercedes's motion to remand is GRANTED.

    In connection with its motion to remand, Mercedes also requests attorney's fees from defendants under 28 U.S.C. § 1447(c).  The court has wide discretion under § 1447(c) and may

award fees for an improper removal even if the removal was not in bad faith, frivolous, or vexatious. <u>Moore v. Permanente Med. Group</u>, 981 F.2d 443, 447-48 (9th Cir. 1992).

Defendants' removal was improper on two grounds. First, the amount in controversy requirement for diversity cases was not met. And second, an in-state defendant may not remove a diversity case to federal court. See <u>Spencer v. U.S. Dist. Ct. for N. Dist. of Cal.</u>, 393 F.3d 867 (9th Cir. 2004) (holding a local defendant may not remove a case based on diversity jurisdiction). Defendants' contention that this second impediment to removal is not jurisdictional and could have been waived by plaintiff is rather feeble in the context of this case, because defendants knew that plaintiff had no intention of agreeing to removal. For these reasons, the court finds that an award of reasonable attorney's fees is appropriate under § 1447(c).

Mercedes submits a declaration from its attorney stating that it incurred $1,957.50[1] in attorney's fees as a result of the removal. No objection is made to either the rate or the number of hours. Therefore, Mercedes's request for attorney's fees is GRANTED. Defendants are ordered to pay plaintiff the sum of $1,957.50. The clerk is directed to enter judgment and to remand the case to the El Dorado County Superior Court.

---

[1] 8.7 hours x $225.00 per hour.

2

1   IT IS SO ORDERED.

2  Dated: 11/10/2005

/s/ David F. Levi

DAVID F. LEVI
United States District Judge